IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHAEL NIGHTINGALE,

    Plaintiff,

v.

UNKNOWN,

    Defendant.

No. C 15-1940 RMW (PR)

**ORDER ADMINISTRATIVELY CLOSING CASE**

On April 29, 2015, plaintiff, a California prisoner, filed a letter complaining about the medical treatment at California Health Care Facility in Stockton, California. (Docket No. 1.) On the same day, the clerk of the court sent plaintiff a notice that he must submit a complaint within twenty-eight days to avoid dismissal of the action; the clerk included a copy of the court's form complaint. (Docket No. 3.) On May 15, 2015, plaintiff filed a letter stating that he did not intend to file a formal complaint when he sent the April 29, 2015 letter, and requesting that the case be dismissed. (Docket No. 8.)

Good cause appearing, the Clerk shall ADMINISTRATIVELY CLOSE this case. Because this case was opened in error, no filing fee is due.

**IT IS SO ORDERED.**

DATED: _____

_/s/ Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

Order Administratively Closing Case
P:\PRO-SE\RMW\CR.15\Nightingale_adminclose.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL NIGHTINGALE,

        Plaintiff,

  v.

UNKNOWN,

        Defendant.

Case Number: CV15-01940 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Nightingale K67131
E-5-B-118L
P.O. Box 32290
Stockton, CA 95213

Dated: June 12, 2015

                              Richard W. Wieking, Clerk
                              By: Jackie Lynn Garcia, Deputy Clerk